■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDEN TELFORD, Appellant. [602 NYS2d 571] —Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), is sufficient to support defendant's conviction of manslaughter in the second degree and criminal possession

of a weapon in the second degree. The verdict is not contrary to the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant's sentence is neither harsh nor excessive. (Appeal from Judgment of Erie County Court, McCarthy, J.— Manslaughter, 2nd Degree.) Present—Green, J. P., Pine, Lawton, Boomer and Boehm, JJ.